# United States Court of Appeals
## For the First Circuit

No. 23-1738

SYSCO MACHINERY CORP.,

Plaintiff, Appellant,

v.

CYMTEK SOLUTIONS, INC.; CYMMETRIK ENTERPRISE CO. LTD.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this court issued on December 20, 2024 is amended as follows:

On page 20, line 12, "foregone" is replaced with "forgone"